1 LAURA E. DUFFY
United States Attorney
2 FRED SHEPPARD
Special Attorney
3 California State Bar No. 250781
DAVID D. LESHNER
4 Special Attorney
California State Bar No. 207815
5 Federal Office Building
880 Front Street, Room 6293
6 San Diego, California 92101-8893
Telephone: (619) 546-7921
7 david.leshner@usdoj.gov

8 Attorneys for Plaintiff
United States of America

9

10                    UNITED STATES DISTRICT COURT

11                  SOUTHERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,          )  Criminal Case No.  12-CR-1952-PHX-ROS
                                      )
13              Plaintiff,            )  DATE:  February 7, 2013
                                      )  TIME:    3:30 p.m.
14       v.                           )
                                      )  **UNITED STATES' SENTENCING**
15 ROSARIO RAFAEL                     )  **SUMMARY CHART**
          BURBOA-ALVAREZ,             )
16                                    )
                Defendant.            )
17 _____      )

18          The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Laura E.

19 Duffy, United States Attorney, and David D. Leshner, Special Attorney, hereby files its

20 Sentencing Summary Chart.

21

22          DATED:        January 31, 2013              Respectfully submitted,

23                                                      LAURA E. DUFFY
                                                        United States Attorney
24
                                                         /s/ David D. Leshner
25                                                      DAVID D. LESHNER
                                                        Special Attorney
26
                                                        Attorneys for Plaintiff
27                                                      United States of America

28

# SENTENCING SUMMARY CHART

[ __X__ AND GOVERNMENT MOTION UNDER U.S.S.G. § 3E1.1(b)]

Sentencing Date: __February 7, 2013__

USPO ___
AUSA __X__
DEF ___

Defendant's Name: __Rosario Rafael Burboa-Alvarez__          Docket No. __12-CR-1952–PHX -ROS__

Attorney's Name: __David D. Leshner__          Phone No.: __(619) 546-7921__

Guideline Manual Used: __November 1, 2012__          Agree with USPO Calc.: __Yes__

Base offense Level: [U.S.S.G. § 2L1.2(a)]          __8__

Specific Offense Characteristics:
   __Prior felony drug trafficking offense [U.S.S.G. § 2L1.2(b)(1)(A)]__          __+16__

Victim Related Adjustment:          ____

Adjustment for Role in the Offense: _____          ____

Adjustment for Obstruction of Justice:          ____

Adjustment for Reckless Endangerment During Flight:          ____

Adjusted Offense Level:          __24__
___ Combined (Mult. Counts)  ___ Career Off.  ___ Armed Career Crim.

Adjustment for Acceptance of Responsibility: [ X__  __Government Motion-U.S.S.G. § 3E1.1(b)]__          __-3__

Total Offense Level:          __21__

Criminal History Score:          __4__

Criminal History Category:          __III__
___ Career Offender  ___ Armed Career Criminal

Guideline Range:          from __46__ mths
 (Range limited by: ___ minimum mand. ___ statutory maximum
          to __57__ mths

Departures:
_____ Fast Track [U.S.S.G. § 5K3.1] _____          __-2__
_____          ____
_____          ____

Resulting Guideline Range: Adjusted Offense Level __19__          from __37__ mths

          to __46__ mths

**RECOMMENDATION: ____46 months____**

1

2

3

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  12-CR-1952-PHX-ROS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| ROSARIO RAFAEL | ) | |
| BURBOA-ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED that:

I, David D. Leshner, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the United States' Sentencing Summary Chart on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Jose Antonio Colon, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2013.


/s/ David D. Leshner

DAVID D. LESHNER